**Bank of America.**

March 28, 2008

**FILED**

APR 0 8 2008


GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14068-9000

U.S. BANKRUPTCY COURT
WESTERN DISTRICT
215 DEAN A MCGEE AVE FL 1
OKLAHOMA CITY OK 73102

Mortgagor Name(s)   Randy J Thomas
                    Ramona A Thomas
Property Address    306 West Branches W
                    Mustang OK 73064
Loan Number         173-2006064923
Case Number         06-11326    (FC4)

Dear Court Clerk:

Please accept this letter as formal notice regarding a monthly payment change on the above referenced loan. The new payment amount is $534.53, effective 04/01/08, until further notice. Please adjust your records accordingly.

If you require additional information, please contact the Bankruptcy Department at 1.800.846.2222.

Sincerely,

*Lisa M DiPlato*

Bankruptcy Department

cc: JOHN T HARDEMAN
    CHAPTER 13 TRUSTEE
    321 DEAN A MCGEE AVE
    OKLAHOMA CITY OK 73102

BK052-048 BNC

Recycled Paper